No. 879. GLAZER *v.* BOVE. Sup. Ct. App. Va. Certiorari denied. *Louis B. Fine* and *Howard I. Legum* for petitioner. *William M. Harris* and *Terry H. Davis, Jr.,* for respondent.

No. 881. BOYS TOWN, U.S.A., INC. *v.* WORLD CHURCH ET AL. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Ira M. Price II* for respondent Jackson Appliance, Inc.

No. 882. HAWLEY *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *Frederick T. Stant, Jr.,* for petitioner.

No. 883. UNITED STATES *v.* BLACK DIAMOND STEAMSHIP CORP. C. A. 4th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Douglas* and *Alan S. Rosenthal* for the United States. *George F. Galland, Robert N. Kharasch* and *Amy Scupi* for respondent.

No. 885. SMITH *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Fleetwood M. McCoy* for petitioner.

No. 886. BARNES *v.* REDERI A/B FREDRIKA ET AL. C. A. 4th Cir. Certiorari denied. *Calvin W. Breit* for petitioner. *Harry E. McCoy* for respondents.

No. 897. PIZITZ, INC., SUCCESSOR TO LOUIS PIZITZ DRY GOODS CO. *v.* PATTERSON, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *William S. Pritchard* and *Winston B. McCall* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Featherston* and *Gilbert E. Andrews* for respondent.